PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
L. JAMALA EDWARDS, OR 010369
Special Assistant United States Attorney
      160 Spear Street, Suite 800
      San Francisco, California 94105
      Telephone: (206) 615-2732
      Facsimile: (415) 744-0134
      E-Mail: Jamala.edwards@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL A. RAY,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:22-cv-02187-DMC<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

     Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Complaint be extended from February 6, 2023, up to and including March 6, 2023. This is the Defendant's first request for an extension. Defendant requests this extension because Defendant has been notified that a certified administrative transcript (CAR) is not yet available in this case.  Defendant therefore cannot respond to Plaintiff's Complaint.  Once the CAR arrives, Defendant will need to review it for defects before submitting it. For these reasons, Defendant asks the Court to approve this unopposed motion and extend the deadline to file a

response to Plaintiff's Complaint. Plaintiff does not oppose Defendant's request for an extension of time. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  February 3, 2023

/s/  Young Cho
as authorized
Young Cho
Attorney for Plaintiff

Dated: February 3, 2023

PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

By:  /s/  L. Jamala Edwards
L. Jamala Edwards
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including March 1, 2023 to respond to Plaintiff's Complaint.

Dated:  February 6, 2023

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE